IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-680-FDW-DCK

| EYETALK 365, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BIRD HOME AUTOMATION, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by K. Alan Parry, concerning Tim Craddock on November 18, 2016. Mr. Tim Craddock seeks to appear as counsel *pro hac vice* for Plaintiff EyeTalk 365, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED.** Mr. Tim Craddock is hereby admitted *pro hac vice* to represent Plaintiff EyeTalk 365, LLC.

**SO ORDERED**.

Signed: November 18, 2016

David C. Keesler
United States Magistrate Judge