# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| EYETALK365, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BIRD HOME AUTOMATION, LLC,<br><br>    Defendant. | Case No. 3:16-cv-00680<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

WHEREAS Plaintiff Eyetalk365, LLC ("Plaintiff") and Defendant Bird Home Automation, LLC ("Defendant") (collectively the "Parties") have resolved Plaintiff's claims for relief against Defendant that were asserted or that could have been asserted in this case pursuant to the settlement agreement executed by the parties;

NOW, THEREFORE, the Parties, through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this Notice of Dismissal Without Prejudice, dismissing *without prejudice* Plaintiff's claims for relief that were asserted or that could have been asserted against Defendant in this case subject to the settlement agreement executed by the parties. All attorneys' fees, costs of court, and expenses shall be borne by the party incurring same.

Dated: February 13, 2017

/s/ Alan Parry
K. Alan Parry
NC State Bar No. 31343
Michelle M. Walker
NC State Bar No. 41664
**PARRY TYNDALL WHITE**
The Europa Center
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
Phone: 919-246-4676
Fax: 919-246-9113
aparry@ptwfirm.com
mwalker@ptwfirm.com

Gary R. Sorden (*admitted via pro hac vice*)
TX State Bar No. 24066124
Tim Craddock (*admitted via pro hac vice*)
TX State Bar No. 24082868
**KLEMCHUK LLP**
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel. 214.367.6000
Fax 214.367.6001

*Attorneys for Plaintiff*
*Eyetalk365, LLC*


/s/ G. Kirkland Hardymon
G. Kirkland Hardymon
N.C. Bar No. 19055
khardymon@rcdlaw.net
Tory Ian Summey
N.C. Bar No. 46437
tsummey@rcdlaw.net
**RAYBURN COOPER & DURHAM, P.A.**
227 W. Trade Street, Suite 1200
Charlotte, NC 28202
Tel. 704.334.0891
Fax 704.377.1897

*Attorneys for Defendant*
*Bird Home Automation, LLC*